# IN THE SUPREME COURT OF TEXAS

No. 16-0484

IN THE INTEREST OF B.B.J., PETITIONER

On Petition for Review

**ORDERED:**

1.      Petitioner's emergency motion to stay, filed September 14, 2016, is granted.  All trial court proceedings, including the trial court order setting hearing dated September 13, 2016, in Cause Nos. 2013-506, 729 and 2013-508,395, styled *In the Interest of B.B. J.*, in the 140th District Court of Lubbock County, Texas, are stayed pending further order of this Court.

2.      The petition for review remains pending before this Court.


Done at the City of Austin, this September 16, 2016.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK